UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| William A. Harris, Sr., ) | C/A No.: 6:06-cv-01810 |
| Avis B. Griffith, Jeffrey D. Griffith, ) | |
| and Keris M. Lemaster, ) | **ORDER** |
| *on behalf of themselves* ) | |
| *and all others similarly situated*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | (Written Opinion) |
| v. ) | |
| ) | |
| Equifax Information Services, LLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Before the Court is a motion requesting that Avis B. Griffith, Jeffrey D. Griffith,

and Keris M. Lemaster be allowed to intervene as named plaintiffs in this action.  The

Court finds that the Motion to Intervene should be granted.

IT IS THEREFORE ORDERED that:

1.      Avis B. Griffith, Jeffrey D. Griffith, and Keris M. Lemaster shall intervene

as named plaintiffs in this action.

2.      The Named Plaintiffs shall file and serve the Class Action Third Amended

Complaint that accompanied the Motion to Intervene.

3.      The Clerk shall amend the case caption accordingly.

**[signature on following page]**

**IT IS SO ORDERED**.

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

May 29 , 2008