IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| William A. Harris, Sr., *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>Equifax Information Services LLC,<br><br>Defendant. | Civil Action No. 6:06-CV-01810-GRA<br><br><br>ORDER GRANTING SUMMARY<br><br>JUDGMENT |

For the reasons set forth in the order granting summary judgment in *Harris v. Experian Information Services, Inc.*, Civil Action No. 6:06-01808-GRA, which order the Court incorporates herein in its entirety, Defendant Equifax Information Services LLC's Supplemental Motion for Summary Judgment is GRANTED.

G. Ross Anderson, Jr.
Senior United States District Judge

June 30, 2009
Anderson, South Carolina